UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARRY SEAL | CIVIL ACTION |
| VERSUS | NO. 16-10883 |
| WASHINGTON PARISH SHERIFF'S DEPT., ET AL. | SECTION "R" (5) |

## **ORDER**

The Court, finding that as of this date no party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.  Accordingly, IT IS ORDERED that defendants' motions are granted and plaintiff's claims against the Washington Parish Sheriff's Department are DISMISSED WITH PREJUDICE as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).  It is further ORDERED that plaintiff's claims against the remaining defendants are DISMISSED WITHOUT PREJUDICE for want of jurisdiction.

New Orleans, Louisiana, this __5th__ day of April, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE